UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ADVANCED TESTING CENTER, LLC, | ) |
| | ) |
| Plaintiff(s), | ) |
| | ) |
| vs. | ) Case No. 4:06CV1728 JCH |
| | ) |
| JESSE GALE, INC., et al., | ) |
| | ) |
| Defendant(s). | ) |

## ORDER

This matter is before the Court on Defendants Jesse Gale, Inc.'s and Martin Simpson's Objection to and Motion for Protective Order Governing Plaintiff's Requests for Admission, and Accompanying Interrogatories and Requests for Production, filed April 13, 2007. (Doc. No. 32). Upon consideration, the Court will deny Defendants' motion in its entirety.

Accordingly,

**IT IS HEREBY ORDERED** that Defendants Jesse Gale, Inc.'s and Martin Simpson's Objection to and Motion for Protective Order Governing Plaintiff's Requests for Admission, and Accompanying Interrogatories and Requests for Production (Doc. No. 32) is **DENIED**.

**IT IS FURTHER ORDERED** that Defendants Jesse Gale, Inc. and Martin Simpson are granted until **Friday, May 25, 2007**, within which to submit their responses to Plaintiff's Requests for Admission and accompanying Interrogatories and Requests for Production.

**IT IS FURTHER ORDERED** that Defendant Benjamin Bequette's Objections to and Motion for Protective Order Governing Plaintiff's Requests for Admission and Accompanying Interrogatories and Requests for Production (Doc. No. 33) is **DENIED**.

**IT IS FURTHER ORDERED** that Defendant Benjamin Bequette is granted until **Friday, May 25, 2007**, within which to submit his responses to Plaintiff's Requests for Admission and accompanying Interrogatories and Requests for Production.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Strike Defendant Bequette's Objections to and Motion for Protective Order Governing Plaintiff's Requests for Admission, and Accompanying Interrogatories and Requests for Production (Doc. No. 35) is **DENIED** as moot.

Dated this 7th day of May, 2007.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE